IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANTHONY LEROY JONES                                                                  PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:06cv568 DPJ-JCS

MARK SHEPPARD                                                                        DEFENDANT

## ORDER OF DISMISSAL

On March 30, 2007, this Court entered a show cause order requiring a response from Plaintiff by April 20, 2007. Plaintiff failed to respond to the show cause order. Accordingly, it is hereby ordered that this action is dismissed without prejudice for failure to provide the Court with a current address or otherwise prosecute this case.

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2007.

              s/ *Daniel P. Jordan III*
              UNITED STATES DISTRICT JUDGE